Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
Suite 914
San Francisco, CA 94104
Phone: (415) 651-1951
Fax: (415) 500-8300
mark@aoblawyers.com

Attorneys for Plaintiff Juan L. Solis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan L. Solis,  )<br>  )<br>       Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>Trans Union LLC and  )<br>Fed Loan Servicing,  )<br>  )<br>  )<br>       Defendants.  )<br>_____ ) | Case No. 4:13-cv-04085 SBA<br><br>STIPULATION AND ORDER<br>GRANTING PLAINTIFF LEAVE TO<br>FILE HIS FIRST AMENDED<br>COMPLAINT |

   Whereas, plaintiff filed his complaint on September 4, 2013, alleging that defendant FedLoan Servicing and Trans Union LLC violated the Fair Credit Reporting Act;

   Whereas, on October 15, 2013, FedLoan Servicing filed an answer to the complaint in which it stated that FedLoan Servicing is fictitious business statement of the Pennsylvania Higher Education Assistance Agency, which is a statutorily-created instrumentality of the Commonwealth of Pennsylvania (PHEAA);

   Whereas, plaintiff seeks leave to file his First Amended Complaint, a copy of which is attached as Exhibit "A," which will substitute PHEAA as the defendant in the place of FedLoan

Servicing;

Whereas, the First Amended Complaint includes no new allegations against Trans Union LLC;

Whereas, plaintiff agrees that Trans Union LLC is not required to respond to the First Amended Complaint and that Trans Union LLC's Answer to Plaintiff's Complaint and Affirmative Defenses [Doc No.15] shall be deemed its response to Plaintiff's First Amended Complaint;

Whereas, plaintiff agrees that any new allegations in Plaintiff's First Amended Complaint that could be read as being directed against Trans Union LLC shall be deemed denied:

IT IS HEREBY STIPULATED by and between counsel that plaintiff may have leave to file his First Amended Complaint, a copy of which is attached as Exhibit "A."

Dated: October 29, 2013.

By  */s/ Mark F. Anderson*
    Mark F. Anderson (SBN 44787)
    ANDERSON, OGILVIE & BREWER LLP
    235 Montgomery Street, Suite 914
    San Francisco, CA 94104
    Phone: 415.651.1951
    Fax: 415.500.8300
    Email: mark@aoblawyers.com
    Attorney for Plaintiff

Dated: October 29, 2013.

By  */s/ Donald E. Bradley*
    Donald E. Bradley (SBN 145037)
    Kishan H. Barot (SBN 281829)
    Musick, Peeler & Garrett LLP
    650 Town Center Drive
    Suite 1200
    Costa Mesa, CA 92626-1925
    Phone: 714.668.2400
    Fax: 714.688.2490
    Email: d.bradley@mpglaw.com

//

//

Dated: October 29, 2013.

By */s/ William H. Huse* (OH SBN 0076942)
William H. Huse
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Phone: 317.363.2400
Fax: 317.363.2257
Email; whuse@schuckitlaw.com

Monica Katz-Lapides (SBN 267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email; mkl@tateandassociates-law.com

ORDER

Based upon the parties' stipulation and for good cause shown, plaintiff is granted leave to file his First Amended Complaint, a copy of which is attached as Exhibit "A."

Dated: October 30, 2013.

_____
Judge of the U.S. District Court