Mark F. Anderson (SBN 44787)
Andrew J. Ogilvie (SBN 57932)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Juan L. Solis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN L. SOLIS,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION LLC and<br>PENNSLYVANIA HIGHER EDUCATION<br>ASSISTANCE AGENCY,<br><br>    Defendants. | Case No. C 13-04085 SBA<br><br>NOTICE OF SETTLEMENT OF<br>ENTIRE ACTION |

    PLEASE TAKE NOTICE that the parties to this action have reached a global settlement.

    The parties will file a stipulation for dismissal within 45 days.

Date: December 9, 2013

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Ste 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiff

**SOLIS V TRANS UNION ET AL, NO. C 13-04085 SBA, NOTICE OF SETTLEMENT**