| | |
|---|---|
| 1 | William M. Huse, Esq.  (OH #0076942)* |
|   |   (admitted *Pro Hac Vice*) |
| 2 | *Admitted in Ohio Only |
|   | Schuckit & Associates, P.C. |
| 3 | 4545 Northwestern Drive |
|   | Zionsville, IN  46077 |
| 4 | Telephone:  317-363-2400 |
|   | Fax:  317-363-2257 |
| 5 | E-Mail:  whuse@schuckitlaw.com |
| 6 | *Lead Counsel for Defendant Trans Union, LLC* |
| 7 | |
| 8 | Monica Katz-Lapides, Esq. (CSB #267231) |
|   | Tate & Associates |
|   | 1321 8th Street, Suite 4 |
| 9 | Berkeley, CA  94710 |
|   | Telephone:  510-525-5100 |
| 10 | Fax:  510-525-5130 |
|    | E-Mail:  mkl@tateandassociates-law.com |
| 11 | |
|    | *Local Counsel for Defendant Trans Union, LLC* |
| 12 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN L. SOLIS, | ) CASE NO. 4:13-cv-04085-SBA |
|         Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER OF** |
|     vs. | ) **DISMISSAL WITH PREJUDICE** |
|  | ) **BETWEEN PLAINTIFF AND** |
| TRANS UNION LLC and PENNSYLVANIA | ) **DEFENDANT TRANS UNION,** |
| HIGHER EDUCATION ASSISTANCE AGENCY, | ) **LLC ONLY** |
| a Pennsylvania corporate dba FedLoan Servicing, | ) |
|         Defendants. | ) |

Plaintiff Juan L. Solis, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3  Date:  January 14, 2014 | *s/ Mark F. Anderson (w/ email consent)* |
| 4 | Mark F. Anderson, Esq. |
|   | Anderson, Ogilvie & Brewer, LLP |
| 5 | 235 Montgomery Street, Suite 914 |
|   | San Francisco, CO  94104 |
| 6 | Telephone:  415-651-1951 |
|   | Fax:  415-956-3233 |
| 7 | E-Mail:  mark@aoblawyers.com |
| 8 | |
|   | *Counsel for Juan L. Solis* |
| 9 | |
| 10 | |
| 11 | |
| 12  Date:  January 14, 2014 | *s/ William M. Huse* |
|    | William M. Huse, Esq. (OH #0076942)* |
| 13 |   (admitted *Pro Hac Vice*) |
|    | *Admitted in Ohio Only |
| 14 | Schuckit & Associates, P.C. |
|    | 4545 Northwestern Drive |
| 15 | Zionsville, IN  46077 |
|    | Telephone:  317-363-2400 |
| 16 | Fax:  317-363-2257 |
|    | E-Mail:  whuse@schuckitlaw.com |
| 17 | |
|    | *Lead Counsel for Defendant Trans Union, LLC* |
| 18 | |
| 19 | |
| 20 | Monica Katz-Lapides, Esq. (CSB #267231) |
|    | Tate & Associates |
| 21 | 1321 8th Street, Suite 4 |
|    | Berkeley, CA  94710 |
| 22 | Telephone:  510-525-5100 |
|    | Fax:  510-525-5130 |
| 23 | E-Mail:  mkl@tateandassociates-law.com |
| 24 | *Local Counsel for Defendant Trans Union, LLC* |
| 25 | *Pursuant to Local Rule 5-1(i)(3), I attest |
| 26 | that concurrence in the filing of this |
|    | document has been obtained from each of |
| 27 | the Signatories.* |
| 28 | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:13-CV-04085-SBA**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Juan L. Solis against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Juan L. Solis and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 1/15/2014

JUDGE, United States District Court,
Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Donald E. Bradley, Esq.<br>d.bradley@mpglaw.com |
| William M. Huse, Esq.<br>whuse@schuckitlaw.com | Monica Katz-Lapides, Esq.<br>mkl@tateandassociates-law.com |
| Kishan H. Barot, Esq.<br>Musick Peeler & Garrett, LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA 92626-1925 | |